Fill in this information to identify the case:

Debtor name   **XCOR Aerospace, Inc., a California Corporation**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ *Other document that requires a declaration*   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2017**          X _____
                                               Signature of individual signing on behalf of debtor

                                               **Michael A. Blum**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    __XCOR Aerospace, Inc., a California Corporation__

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...........................................................................   $     0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................   $     1,106,624.21

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................   $     1,106,624.21

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     3,860,756.59

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     13,364.55

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     23,586,429.01

4.   **Total liabilities** ....................................................................................
     Lines 2 + 3a + 3b      $     27,460,550.15

Fill in this information to identify the case:

Debtor name    **XCOR Aerospace, Inc., a California Corporation**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $105.67 |

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Capital Bank of Texas** | **Checking** | 5337 | $1,164.25 |
| 3.2. | **First Capital Bank of Texas** | **Checking/Debit** | 6541 | $154.74 |

**4.     Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | $1,424.66 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:          Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.     Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposits (Equipment)** | $17,824.00 |

Debtor **XCOR Aerospace, Inc., a California Corporation**          Case number *(if known)* _____
                      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Prepaid Insurances** _____          $72,308.38

9. **Total of Part 2.**          $90,132.38
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:          Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less: | **173,342.07** | - | **All** = .... | $173,342.07
                             | face amount |   | doubtful or uncollectible accounts |

   11a. 90 days old or less: | **264,125.91** | - | **Unknown** = .... | $264,125.91
                             | face amount |   | doubtful or uncollectible accounts |
                             | Intercompany Receivables |

12. **Total of Part 3.**          $437,467.98
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:          Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ☑ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
   Name of entity:                                    % of ownership:

   15.1. **Interest in Orbital Outfitters - out of business, no value** | _____ % | | $0.00

   15.2. **SXC USA, LLC** | **100%** % | | Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**          $0.00
   Add lines 14 through 16. Copy the total to line 83.

**Part 5:          Inventory, excluding agriculture assets**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **XCOR Aerospace, Inc., a California Corporation**   Case number *(If known)* _____
     Name

**18. Does the debtor own any inventory (excluding agriculture assets)?**

 ☐ No.  Go to Part 6.
 ☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Miscellaneous parts and raw material. (Midland and Mojave)** | | | | **$20,000.00** |
| 20. | Work in progress **structure/truss - test fixture re Lynx.** | | | | **Unknown** |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Propulsion System - 40k Test Stand - in need of extensive upgrades.** | | | | **$1,500.00** |

| 23. | Total of Part 5. | **$21,500.00** |
|---|---|---|

  Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
  ☑ No
  ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ☑ No.  Go to Part 7.
 ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No.  Go to Part 8.
 ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Desks, furniture, office chairs** | | | **$2,500.00** |

Debtor   **XCOR Aerospace, Inc., a California Corporation**
Name

Case number *(If known)* _____

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
**Computers, software**       $2,500.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**       $5,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Motorcycle - 2010 Triumph VIN#: 1G9BU11186R289407**<br>**Modified with expirimental bearings.** | | | $3,000.00 |
| 47.2. **Trailer - 2006 Carrier VIN#: 1G9BU11186R289407 - Converted to Test Stand** | | | $1,000.00 |
| 47.3. **Trailer - 2011 Carrier VIN#: 4HXSU1017BC154783 - Converted to Test Stand** | | | $1,000.00 |
| 47.4. **Trailer - 2012 Carrier VIN#: 4HXSU1410CC159982 - Converted to Test Stand** | | | $1,000.00 |
| 47.5. **Trailer - 2012 Carrier VIN#: 4HXHD182XCC159999 - Converted to Test Stand** | | | $1,000.00 |

Debtor    XCOR Aerospace, Inc., a California Corporation          Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.6. | Trailer - 2012 Carrier VIN# :4HXHD1128CC160708 - Converted to Test Stand | | $1,000.00 |
| 47.7. | Trailer - 2002 Carrier VIN# 4HXSC16282C045655 Converted to a test stand | | $1,000.00 |
| 47.8. | LSG/Cattle 2003 Ford VIN # 1FDNF20F0XED34199 non-operational | | Unknown |
| 47.9. | Imperial Lowboy - 2006 VIN # 1T9FS162460372589 | | $500.00 |
| 47.10. | Trailer - 2000 Carrier VIN # 4K2UF0719YM157985 | | $500.00 |
| 47.11. | Trailer - 2006 Carson Carrier VIN # 4HXSU08116C05728 | | $500.00 |
| 47.12. | Triple wide trailer/mobile home - modified (Mojave) | | $2,000.00 |

**48.  Watercraft, trailers, motors, and related accessories** *Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels*

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. | Lynx MK1 Vehicle - Currently a work in progress. $25,000,000 - $30,000,000 invested to date. Work needed to complete the vehicle estimated at $15,000,000 - $20,000,000. | | Unknown |
| 49.2. | EZ Rocket (Mojave) Tail No. N13EZ | | Unknown |
| 49.3. | Rocket Racer (Midland) tail number N216MR. | | Unknown |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Equipment/Shop Equipment (Mojave + Midland)
*Majority of equipment is leased.

| | | | |
|---|---|---|---|
| | | | $10,000.00 |
| | Two stainless steel heat treatment fixtures located in Oregon (re treatment for lynx doors). | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **XCOR Aerospace, Inc., a California Corporation**      Case number (If known) _____
Name

---

51. **Total of Part 8.**                                                       **$22,500.00**

     Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   2901 Enterprise Ln, Midland, TX 79706 | Rent/Lease | | | $0.00 |
| 55.2.   1314 Flight Line, Mojave, CA 93501 | Rent/Lease | | | $0.00 |

56. **Total of Part 9.**                                                       **$0.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Various Patents and Trademarks** | | | **Unknown** |

---

Debtor    __XCOR Aerospace, Inc., a California Corporation__          Case number *(If known)* _____
          Name

| | |
|---|---|
| 61. | **Internet domain names and websites** |
| 62. | **Licenses, franchises, and royalties** |
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |

64.   **Other intangibles, or intellectual property**
      __Intellectual Property (est.) Retained Earnings__   _____   _____          **$10,000.00**

65.   **Goodwill**
      __Goodwill value__                                   _____   _____              **Unknown**

66.   **Total of Part 10.**                                                            | **$10,000.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                                 Current value of
                                                                                 debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

      __SXC Space Travel BV Note__       **518,599.19** -        **0.00** =        **$518,599.19**
                                         Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties** (whether or not a lawsuit
      has been filed)

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

Debtor      __XCOR Aerospace, Inc., a California Corporation__          Case number *(If known)* _____
                    Name

78.     **Total of Part 11.**                                                           | $518,599.19
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Debtor    __XCOR Aerospace, Inc., a California Corporation__          Case number *(if known)* _____
                    Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,424.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $90,132.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $437,467.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $518,599.19 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,106,624.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,106,624.21 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     __XCOR Aerospace, Inc., a California Corporation__

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1   Bryn Mawr Funding**
Creditor's Name

**620 West Germantown Pike #310**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**UCC-1 Filed 10/16/15**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Security interest in personal property**

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,561.55**

---

**2.2   BSB Leasing**
Creditor's Name

**PO Box 2149**
**Gig Harbor, WA 98335**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$2,372.64**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **XCOR Aerospace, Inc., a California Corporation**              Case number (if know) _____
          Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cedra Capital** | Describe debtor's property that is subject to a lien | $42,421.45 |
|---|---|---|---|

Creditor's Name

**3420 Bristol St.**
**Suite 600**
**Costa Mesa, CA 92626**
Creditor's mailing address

**Security interest in certain leased equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **De Lage Landen Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $0.00 |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Creditor's mailing address

**Alternate Address**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **DeLage Landen Financial Services, Inc** | Describe debtor's property that is subject to a lien | $3,261.02 |
|---|---|---|---|

Creditor's Name

**PO Box 41602**
**Philadelphia, PA 19101**
Creditor's mailing address

**Security interest in ceratin leased equipment**

**Describe the lien**
**Financing Statement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

Debtor  **XCOR Aerospace, Inc., a California Corporation**          Case number (if know) _____
Name

_____
Creditor's email address, if known

**Date debt was incurred**
**UCC-1 Filed 5/7/15**
**Last 4 digits of account number**
**5464**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Intech Funding Corp** |
|---|---|

Creditor's Name

**PO Box 790448**
**Saint Louis, MO 63179**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**UCC-1 Filed 5/18/15, 7/29/15**
**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$5,395.00**
**Security interest in certain personal property equipment.**

**Describe the lien**
**Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Intech Funding Corp** |
|---|---|

Creditor's Name

**201 East Huntington Drive**
**Suite 201**
**Monrovia, CA 91016**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          **$0.00**
**Alternate Address**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | XCOR Aerospace, Inc., a California Corporation | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**2.8** **LEAF Capital Funding**

Creditor's Name

PO Box 644006
Cincinnati, OH 45264

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**UCC-1 filed 5/14/15,6/30/15**
Last 4 digits of account number
**0956**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Secured by office furniture and equipment**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$835.03**

---

**2.9** **LEAF Capital Funding LLC and/or assigns**

Creditor's Name

2005 Market Street
14th Floor
Philadelphia, PA 19103

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Alternate Address**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

---

**2.10** **Midland County Tax Collector**

Creditor's Name

2110 North A Street
Midland, TX 79705

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**Property Taxes**

Describe the lien
**An agreement you made (such as mortgage or secured car loan)**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$0.00**

---

Debtor    **XCOR Aerospace, Inc., a California Corporation**    Case number (if know) _____
_____
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Mintaka Financial, LLC** | Describe debtor's property that is subject to a lien | **$0.00** |
|---|---|---|---|

Creditor's Name

**Security interest in certain personal property including dryer, compressor, loan trailers, etc.**

P.O. Box 2149
Gig Harbor, WA 98335

Creditor's mailing address

Describe the lien

Financing Statement

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**UCC-1 Filed 6/8/15**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **RPM Innovations Inc.** | Describe debtor's property that is subject to a lien | **$245,567.43** |
|---|---|---|---|

Creditor's Name

**Security interest in personal property**

333 Concourse Dr.
Rapid City, SD 57703

Creditor's mailing address

Describe the lien

Financing Statement

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**UCC-1 Filed 12/16/15**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **XCOR Aerospace, Inc., a California Corporation**          Case number (if know) _____
                Name

Creditor's Name                               **Assignee of Intech UCC**

**170 Wood Avenue**
**Iselin, NJ 08830**
Creditor's mailing address                    **Describe the lien**
                                              **Financing Statement**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
**UCC-1 Filed 5/18/15, 7/14/15**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

2.1
4       **Space Florida**                     **Describe debtor's property that is subject to a lien**           **$0.00**
        Creditor's Name                       **Alternate Address**
**P.O. Box 656**
**Cape Canaveral, FL**
**32920-0656**
Creditor's mailing address                    **Describe the lien**

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

2.1
5       **Space Florida**                     **Describe debtor's property that is subject to a lien**           **$0.00**
        Creditor's Name                       **Alternate Address**
**505 Odyssey Way**
**Suite 300**
**Merritt Island, FL 32953**
Creditor's mailing address                    **Describe the lien**

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor  XCOR Aerospace, Inc., a California Corporation                    Case number (if know) _____
        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 6**    **Space Florida**
Creditor's Name

**MS: SPFL
Bldg: M6-306; Room 9030
Kennedy Space Center, FL
32899**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**UCC-1 Filed 6/24/15, 7/2/15,
7/16/15 (TX)**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Blanket security interest in personal property**                                        **$3,559,342.47**

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 7**    **Webbank**
Creditor's Name

**6440 S. Wasatch Blvd., Ste.
300
Salt Lake City, UT 84121**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**UCC-1 Filed 7/7/14**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Security interest in computer equipment**                                               **$0.00**

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    **$3,860,756.5 9**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

---

Official Form 206D            Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                    page 7 of 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor    __XCOR Aerospace, Inc., a California Corporation__    Case number (if know) _____
                Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name  **XCOR Aerospace, Inc., a California Corporation**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | |
|---|---|---|---|---|

**California Attorney General**
PO Box 944255
Sacramento, CA 94244-2550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.2 | Priority creditor's name and mailing address | | **$0.00** | |
|---|---|---|---|---|

**California Board of Equalization**
P.O. Box 942879 MIC: 29
CA 92479

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          37914          Best Case Bankruptcy

Debtor   **XCOR Aerospace, Inc., a California Corporation**          Case number (if known) _____
              Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $823.00 |

**2.3** | Priority creditor's name and mailing address

**California Franchise Tax Board
Bankruptcy Unit - G11
PO Box 2952
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$823.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Deschutes County Tax Collector
1300 NW Wall St.
Suite 200
Bend, OR 97703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.08

Date or dates debt was incurred

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Employment Development
Department
Bankruptcy Special Procedures
Group
PO Box 826880 MIC 92E
Sacramento, CA 94280-0092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **XCOR Aerospace, Inc., a California Corporation**                    Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,842.47** |
|---|---|---|---|

**Kern County Treasurer-Tax Collector**
**1115 Truxton Avenue 2nd Floor**
**Bakersfield, CA 93301-4639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Fl 11**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Texas Attorney General**
**PO Box 12548**
**Austin, TX 78711-2548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$204.00** |
|---|---|---|---|

**Texas Franchise Tax**
**Texas Comptroller of Public Accounts**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **XCOR Aerospace, Inc., a California Corporation**                    Case number (if known) _____
        Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Attorney (IRS Division)**
**2500 Tulare St Ste 404**
**Fresno, CA 93721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Is this Address Correct?**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Department of Justice**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                     **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,676.52 |
|---|---|---|---|

**Act Aerospace**
**425 E 400 North P.O. Box 9**
**Gunnison, UT 84634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0890**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,734.10 |
|---|---|---|---|

**AERO Pro, LLC**
**225 S Leland Norton Way**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5234**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.09 |
|---|---|---|---|

**AFCO**
**PO Box 887200**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6606**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **XCOR Aerospace, Inc., a California Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,484.00**

AIG
Christina Montez
1 Montgomery Street
Suite 2500
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,788.33**

Airgas, USA, LLC  (Mojave)
PO Box 7423
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4681**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.21**

Airgas, USA, LLC (Midland)
PO Box 676015
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4681**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Alan Darush
20410 via Botticelli
Porter Ranch, CA 91326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **short term note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Amalgamated Financial Group
PO Box 1006
Oak Bridge, NJ 08857-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collecting for FedEx Freight (0640)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$367.50**

Amazon
PO Box 530958
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6194**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

Andrews Consulting Services, LLC
4 Weems Lane  #209
Winchester, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | XCOR Aerospace, Inc., a California Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.00 |
|---|---|---|---|

**Aon Risk Solutions**
PO Box 518, 3000 AM Rotterdam
Admiraliteitskade 62, 3063 ED Rotterdam
The Netherlands

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,829.60 |
|---|---|---|---|

**AT&T (Mojave)**
PO Box 5025
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3576

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,650.00 |
|---|---|---|---|

**Barrday Composite Solutions**
PO Box 931893
Hapeville, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0029

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,438.46 |
|---|---|---|---|

**Benz Inc.**
Mojave Sanitation PO Box 1750
Tehachapi, CA 93581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.50 |
|---|---|---|---|

**Blok & van den Boogaard Register**
Keizersgracht 523
1017 DP Amsterdam

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blok & Van Den Booogaard**
Herengracht 472
1017 CA Amsterdam, Netherlands

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.03 |
|---|---|---|---|

**Blue Cross Blue Shield**
Health Care Service Corp
PO Box 731428
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9865

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | XCOR Aerospace, Inc., a California Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address

**Bodycote Westminster Division**
7474 Garden Grove Blvd
Westminster, CA 92683

Date(s) debt was incurred __
Last 4 digits of account number  **6400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$955.20**

---

**3.19** | Nonpriority creditor's name and mailing address

**Boydstun Pest Control**
1601 N Big Spring ST
Midland, TX 79701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$81.19**

---

**3.20** | Nonpriority creditor's name and mailing address

**Certent, Inc**
4683 Chabot Drive
Suite 260
Pleasanton, CA 94588

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,348.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**City of Midland**
PO Box 1152
Midland, TX 79702

Date(s) debt was incurred __
Last 4 digits of account number  **0602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$67.85**

---

**3.22** | Nonpriority creditor's name and mailing address

**Commercial Spaceflight Federation**
727 15 Street NW
Suite 800
Washington, DC 20005

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,000.00**

---

**3.23** | Nonpriority creditor's name and mailing address

**Corporate Intelligence Services**
325 Hammond Drive  Suite 114
Atlanta, GA 30328

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection for Airgas, USA, LLC (Mojave)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**Cosworth Limited**
St. James Mill Rd
Northamptonshre
NN5 5RA United Kingdom

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,397.70**

---

Debtor   __XCOR Aerospace, Inc., a California Corporation__          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.25** Nonpriority creditor's name and mailing address
**Credence Resource Management, LLC**
**17000 Dallas Parkway  Suite 204**
**Dallas, TX 75248**

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Collection for AT&T (Mojave)__

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**CSC Trust Company of Delaware**
**One Little Falls Centre**
**2711 Centerville Road  Ste 220**
**Wilmington, DE 19808**

As of the petition filing date, the claim is: *Check all that apply.*        **$96.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
**Dan Klores Communications, LLC**
**261 Fifth Ave**
**New York, NY 10016**

As of the petition filing date, the claim is: *Check all that apply.*        **$25,176.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
**Desert Truck Service**
**1426 Hwy 58**
**Mojave, CA 93501**

As of the petition filing date, the claim is: *Check all that apply.*        **$45.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __7920__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
**DIAB Americas LP**
**Dept 2299**
**PO Box 122299**
**Dallas, TX 75312**

As of the petition filing date, the claim is: *Check all that apply.*        **$7,712.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
**DMV**
**PO Box 942897**
**Sacramento, CA 94297**

As of the petition filing date, the claim is: *Check all that apply.*        **$464.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
**Dun & Bradstreet Credibility Corp**
**PO Box 742138**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is: *Check all that apply.*        **$1,599.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __9811__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **XCOR Aerospace, Inc., a California Corporation**          Case number (if known) _____
         _____
         Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,640.23 |
|---|---|---|---|

**E V Roberts**
**18027 Bishop Avenue**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |
|---|---|---|---|

**Eastern Kern Air Pollution Control Dist**
**2700 "M" Street  Ste 302**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **1001**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223,000.00 |
|---|---|---|---|

**Esther Dyson**
**632 Broadway**
**10th Floor**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **short term note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.62 |
|---|---|---|---|

**FedEx Freight**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0640**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,103.67 |
|---|---|---|---|

**FedEx Freight**
**Dep LA  PO Box 21415**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **7336,9164**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.80 |
|---|---|---|---|

**Florida Deparment of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,630.25 |
|---|---|---|---|

**Gande Communications Network**
**Dept 1204**
**PO Box 121204**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **4748**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | XCOR Aerospace, Inc., a California Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,108.73 |
|---|---|---|---|

**GoEngineer, Inc**
1787 East Ft Union Blvd
Suite 10
Cottonwood Heights, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  6735

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gray Robinson Attorneys at Law**
P.O. Box 3068
Orlando, FL 32802-3068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Attorneys For Space Florida

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gunderson Palmer Nelson Ashmore LLP**
P.O. Box 8045
Rapid City, SD 57709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Home Depot Credit Services**
Dept 32 - 2536353034
PO Box 9001043
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  3034

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.65 |
|---|---|---|---|

**InContact**
Payment Center #5450
PO Box 410468
Salt Lake City, UT 84141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4871

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.75 |
|---|---|---|---|

**Indian Wells**
2565 State Highway 14
Inyokern, CA 93527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2060

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,089.20 |
|---|---|---|---|

**Intech Funding Corp**
PO Box 2083
Carol Stream, IL 60100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4000

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **XCOR Aerospace, Inc., a California Corporation**          Case number (if known) _____
        _____
        Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Intertrust**
**Prins Bernhardplein 200**
**1097 JB Amsterdam**
**The Netherlans**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.87 |

**IPFS**
**PO Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1059,9665**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Jamshid Azari & Barbara Colbert**
**1440 - 19 St**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **short term note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**John H. Gibson II**
**2901 Enterprise Lane**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Director Loan to corporation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,537.66 |

**Jordan Kaufman Kern County Unsec**
**PropTax**
**KCTTC**
**Payment Center**
**PO Box 541004**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 |

**Kern County Public Health Services Dept**
**Environmental Health Div**
**2700 M Street,  Suite 300**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5733**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Kevin Greene**
**6755 Matardo Drive**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **short term note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **XCOR Aerospace, Inc., a California Corporation**    Case number (if known) _____

Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,146.38 |
|---|---|---|---|

**Laser Technology Associates**
**28 Charles Street**
**Tolland, CT 06084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0901**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laura Collins**
**2901 Enterprise Lane**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Officer Loan to corporation**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Lee Valentine**
**13162 Cheltenham Drive**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **short term note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
**PO Box 85834**
**San Diego, CA 92186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,099.22 |
|---|---|---|---|

**Linde LLC**
**200 Somerset Corporate**
**Blvd  Suite 7000**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0280**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,218.00 |
|---|---|---|---|

**Lux Bus America, Co**
**851 E Cerrits Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **OR01**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |
|---|---|---|---|

**Manresa Investment LLC**
**c/o Garrett Paul**
**360 Marin Ave.**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **XCOR Aerospace, Inc., a California Corporation**                    Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.60**

**Nonpriority creditor's name and mailing address**

**Manresa Investment LLC**
**c/o Kaper Ventures Limited**
**2/F., West Block 21**
**NO. 481 Gui Ping Rd, Xu Hui District**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alternate address**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Matrix Composites, Inc**
**275 Barnes Blvd**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number  **LNS1**

As of the petition filing date, the claim is: Check all that apply.          $25,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**

**McDermott Will & Emery LLP**
**PO Box 6043**
**Chicago, IL 60680**

Date(s) debt was incurred __

Last 4 digits of account number  **8917**

As of the petition filing date, the claim is: Check all that apply.          $41,526.43

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Michael A. Blum**
**2212 Glen Brook Way**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $3,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Midland Development Corporation**
**200 N Loraine St  Suite 610**
**Midland, TX 79701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $30,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Midland Development Corporation**
**MDC Chairman**
**City of Midland**
**PO Box 1152**
**Midland, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $10,000,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Mojave Air & Space Port**
**1434 Flightline**
**Mojave, CA 93501**

Date(s) debt was incurred __

Last 4 digits of account number  **2355**

As of the petition filing date, the claim is: Check all that apply.          $51,421.39

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __XCOR Aerospace, Inc., a California Corporation__          Case number (if known) _____
          Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,541.31 |

**Morgan, Lewis & Bockius LLP**
**P.O. Box 79356**
**City of Industry, CA 91716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  5300**

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**New Allies International LTD.**
**Unit 5A, 22-24 Cameron Rd**
**Tsim Sha Tsui, Hong Kong**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Additional Address__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |

**New Allies International, LTD.**
**PO Box 217**
**Apia, Simoa**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PCC Structurals, Inc.**
**345 NE Hemlock Ave.**
**Redmond, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __For Notice Purposes__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,619.78 |

**Peer 1 Hosting**
**PO Box 643607**
**Cincinnati, OH 45264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  9365**

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,302.53 |

**Performance Sealing Inc**
**1821 Langley Ave**
**Irvine, CA 92614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  2701**

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |

**Plateronics Processing**
**9164 Independence**
**Chatsworth, CA 91311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  0701**

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **XCOR Aerospace, Inc., a California Corporation**          Case number (if known) _____
          Name

| | |
|---|---|
| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,253.63 |

**3.74** Nonpriority creditor's name and mailing address

**PoliSpace**
**4539 Seminary Rd**
**Alexandria, VA 22304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$37,253.63**

---

**3.75** Nonpriority creditor's name and mailing address

**Protobox LLC**
**5717 Huberville Ave**
**Riverside, OH 45431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31,125.92**

---

**3.76** Nonpriority creditor's name and mailing address

**Quartus Engineering Inc.**
**10252 Vista Sorrento Parkway**
**San Diego, CA 92121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41,369.25**

---

**3.77** Nonpriority creditor's name and mailing address

**Race Communications**
**1325 Howard Ave  #604**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number  **0484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$920.48**

---

**3.78** Nonpriority creditor's name and mailing address

**Randy Baker**
**2901 Enterprise Lane**
**Midland, TX 79706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Director Loan to corporation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79** Nonpriority creditor's name and mailing address

**Rev Manufacturing, Inc**
**520 E Rancho Vista Blvd**
**Unit B**
**Palmdale, CA 93550**

Date(s) debt was incurred _
Last 4 digits of account number  **0101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,364.00**

---

**3.80** Nonpriority creditor's name and mailing address

**Robin Snelson**
**13162 Cheltenham Dr**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,200.00**

---

Debtor  **XCOR Aerospace, Inc., a California Corporation**
_____
Name

Case number (if known) _____

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Rogier Kroymans Kroy Mans Consultancy**
**Melkweg 26a**
**1251PS Laren**
**Nederland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ronald Moreck**
**231 River Street**
**Forty Fort, PA 18704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Party to Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**S & M Moving Systems**
**PO Box 98355**
**Section 4444**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Satoshi Takamatsu**
**Space Travel, Inc.**
**3-5-6 Kita Aoyama, Minato-Ku**
**Tokyo 107-0061 Japan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Shook Hardy & Bacon LLP**
**PO Box 843223**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collecting for AIG**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Siemens Financial Services, Inc**
**301 Lindenwood Dr**
**Suite 215**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Collecting for Intech Funding Corp**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,130.00** |
|---|---|---|---|

**Siemens Product Lifecycle Mgmt**
**60 Broadhollow Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5515**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __XCOR Aerospace, Inc., a California Corporation__          Case number (if known) _____
        Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.45 |

**3.88** Nonpriority creditor's name and mailing address
**Sim Sanitation, Inc**
PO Box 2418
Tehachapi, CA 93581

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$400.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address
**Southern California Edison**
PO Box 300
Rosemead, CA 91772

Date(s) debt was incurred __
Last 4 digits of account number __0702__

As of the petition filing date, the claim is: *Check all that apply.*     **$1,089.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
**Southwest Research Institute**
6220 Culebra Rd
San Antonio, TX 78228

Date(s) debt was incurred __
Last 4 digits of account number __2IJD__

As of the petition filing date, the claim is: *Check all that apply.*     **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Termination of contract notice received by XCOR 7/16/2016__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
**Speciality Materials Inc.**
P.O. Box 55155
Boston, MA 02205

Date(s) debt was incurred __
Last 4 digits of account number __3204__

As of the petition filing date, the claim is: *Check all that apply.*     **$109,863.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
**Stroock & Stroock & Lavan LLP**
1875 K Street NW
Washington, DC 20006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$18,215.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
**Sun Life Financial**
PO Box 807009
Kansas City, MO 64184

Date(s) debt was incurred __
Last 4 digits of account number __0001__

As of the petition filing date, the claim is: *Check all that apply.*     **$1,568.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address
**Swift Engineering Inc.**
1141-A Via Callejon
San Clemente, CA 92673

Date(s) debt was incurred __
Last 4 digits of account number __0105__

As of the petition filing date, the claim is: *Check all that apply.*     **$680,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **XCOR Aerospace, Inc., a California Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,061,480.00** |
|---|---|---|---|

**SXC N.V.**
**Landhuis Joonchi**
**Kaya Richard J. Beaujon Z/N**
**PO Box 152 Willemstad, Curacao**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Usecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,261,000.00** |
|---|---|---|---|

**SXC N.V.**
**PO Box 837**
**Willemstad, Curacao**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$862.94** |
|---|---|---|---|

**The SoCalGas**
**PO Box C**
**Monterey Park, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5876**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,500.00** |
|---|---|---|---|

**Tom Burbage**
**8210 Newport Bay Passage**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **short term note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.00** |
|---|---|---|---|

**Total Design Service**
**8808 W CR 166**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.72** |
|---|---|---|---|

**TXU Energy**
**PO Box 650638**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5935**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Uniliver US**
**800 Sylvan Ave.**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes re winners of space travel tickets.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **XCOR Aerospace, Inc., a California Corporation**          Case number (if known) _____
          Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.78 |

**UPS**
PO Box 894820
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7524**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**US Bank Equipment Finance**
1310 Madrid St
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Collection for Intech Funding Corp (St Louis)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**US Trustee's Office**
**United States Courthouse**
**2500 Tulare Street, Room 1401**
Fresno, CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,579.33 |

**Wagner Machine Co**
PO Box 3969
Champaign, IL 61826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Waller Lansden Dortch & Davis LLP**
**Mark C. Taylor**
**100 Congress Ave., Suite 1800**
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Attorneys for Space Florida**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Williams Law Firm**
**Holly B. Williams**
**1209 W. Texas Ave.**
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Attorneys for Ronald Moreck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782,725.00 |

**XCOR Space Expeditions B.V.**
**Gregory Elias, Landhuis Joonchi**
**Kaya Richard J Beaujon z/n**
**PO Box 837, Willemstad**
Curacao

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | XCOR Aerospace, Inc., a California Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**3.109** Nonpriority creditor's name and mailing address

Yugenkaisya NOCCA
101, 1-13-8, Oshiage, Sumida-Ku
Tokyo, Japan

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

$1,000,000.00

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 13,364.55 |
| 5b. Total claims from Part 2 | 5b. + $ | 23,586,429.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 23,599,793.56 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name     **XCOR Aerospace, Inc., a California Corporation**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Leases of large helium cylinders at both Midland and Mojave locations. Approx. $75/month.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Airgas, USA, LLC**<br>**PO Box 676015**<br>**Dallas, TX 75267** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment storage cabinets. $1,561.55/month.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Bryn Mawr Funding**<br>**620 West Germantown Pike  #310**<br>**Plymouth Meeting, PA 19462** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office equipment/furnishings and certain tanks, filters, compressor, etc. $2,115/month.** |
| | State the term remaining | |
| | List the contract number of any government contract | **BSB Leasing**<br>**PO Box 2149**<br>**Gig Harbor, WA 98335** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease dated August 2015. Payments are $1,505.55/month.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cedra Capital**<br>**3420 Bristol St.**<br>**Suite 600**<br>**Costa Mesa, CA 92626** |

Debtor 1  **XCOR Aerospace, Inc., a California Corporation**
       First Name        Middle Name         Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Lease of approx. 22,500 sq. ft. located at Midland International Airport. Rent is $1,800 annually.

    State the term remaining

    List the contract number of any government contract

City of Midland
Department of Airports
PO Box 60305
Midland, TX 79711

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Lease of forklift located in Midland. Lease is $738.85/month.

    State the term remaining

    List the contract number of any government contract

DeLage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA 19101

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Lease of approx. 10,370 ft of Hanger No. 61 at Mojave airport. Rent is $3,811 per month.

    State the term remaining

    List the contract number of any government contract

East Kern Airport District
1341 Flight Line
Mojave, CA 93501

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Equipment leases ending in -2854 and -2394. Includes lighting, ethernet, programming systems, etc.

    State the term remaining

    List the contract number of any government contract

Intech Funding Corp
PO Box 2083
Carol Stream, IL 60100

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Lease of office furniture. $835.03/month.

    State the term remaining

    List the contract number of any government contract

LEAF Capital Funding
PO Box 644006
Cincinnati, OH 45264

---

Debtor 1    <u>XCOR Aerospace, Inc., a California Corporation</u>      Case number *(if known)* _____

      First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Economic Development Agreement re sublease of hanger space at Midland International Airport from Midland Development Corporation.** | |
| | State the term remaining | | **Midland Development Corporation MDC Chairman City of Midland PO Box 1152 Midland, TX 79702** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of the following: Hanger 61 = $5,471.89/month, Acreage = $1,394.00/month, Parking = $140.39/month, Bunker 37 = $296.63/month, Building 88H = $105.00/month.** | |
| | State the term remaining | | **Mojave Air & Space Port 1434 Flightline Mojave, CA 93501** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   __XCOR Aerospace, Inc., a California Corporation__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                      Column 2: **Creditor**

|       | Name | Mailing Address | Name | Check all schedules that apply: |
|-------|------|-----------------|------|----------------------------------|
| 2.1   | ____ | Street _____ / City  State  Zip Code | ____ | ☐ D  ☐ E/F  ☐ G |
| 2.2   | ____ | Street _____ / City  State  Zip Code | ____ | ☐ D  ☐ E/F  ☐ G |
| 2.3   | ____ | Street _____ / City  State  Zip Code | ____ | ☐ D  ☐ E/F  ☐ G |
| 2.4   | ____ | Street _____ / City  State  Zip Code | ____ | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **XCOR Aerospace, Inc., a California Corporation** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

### 1. Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $140,000.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $1,907,876.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $1,234,505.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **License fee for Sony's use of XCOR IP** | $50,000.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **Refund less interest adjustment** | $86.86 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | **Grant revenue $3,143,816.00, Other $6,902.43, Interest $516.96, Refunds $1,898.40** | $3,153,133.79 |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    XCOR Aerospace, Inc., a California Corporation _____    Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Blue Cross Blue Shield Health Care Service Corp** PO Box 731428 Dallas, TX 75373 | **8/02/2017; 9/28/17** | **$21,153.56** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance** |
| 3.2. | **IPFS** PO Box 412086 Kansas City, MO 64141 | **8/10/2017; 9/14/17; 10/2017; 11/2017** | **$12,351.54** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Directors and Officers Insurance/monthly** |
| 3.3. | **ADP, LLC** PO Box 842875 Boston, MA 02284 | **8/18/2017** | **$9,889.96** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Payroll** |
| 3.4. | **Belastingdienst Kantoor Utrecht** Kantoor Utrecht, Herman Gorterstr.55 Utrecht, The Netherlands | **9/01/2017** | **$8,805.94** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Income Taxes for Netherlands employee** |
| 3.5. | **Mojave Air & Space Port** 1434 Flightline Mojave, CA 93501 | **8/10/17; 9/12/2017; 10/2017; 11/2017** | **$50,526.59** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Property Lease/monthly** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

Debtor____XCOR Aerospace, Inc., a California Corporation____     Case number *(if known)*_____

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td>**Part 3:**</td><td>**Legal Actions or Assignments**</td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ronald Moreck v. XCOR Aerospace, Inc.<br>CV00164 | Civil | United States District Court<br>Western District of Texas<br>200 East Wall, Room 222<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Space Florida v. XCOR Aerospace, Inc.<br>CV53922 | Civil | Midland County District Court<br>142nd District Court<br>500 N. Loraine St.<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td>**Part 5:**</td><td>**Certain Losses**</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **XCOR Aerospace, Inc., a California Corporation**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Walter Wilhelm Law Group**<br>**205 E. River Park Circle, Suite 410**<br>**Fresno, CA 93720** | See attached Disclosure of Compensation | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Harry Van Hulten**<br>**40648 Champion Way**<br>**Palmdale, CA 93551** | Sale of 2006 Ford F250 Pickup. | **November 2017** | **$11,287.00** |
| | **Relationship to debtor** | | | |
| 13.2 | **Eber West**<br>**39017-161 Street East**<br>**Palmdale, CA 93591** | Sale of modified shipping container. | 7/12/17 | **$500.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

Debtor   **XCOR Aerospace, Inc., a California Corporation**                Case number *(if known)* _____

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**
 List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

    **Address**                                                                    **Dates of occupancy**
                                                                                            **From-To**

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
 Is the debtor primarily engaged in offering services and facilities for:
 - diagnosing or treating injury, deformity, or disease, or
 - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan                                              **Employer identification number of the plan**
    **ADP 401K Plan, Policy #101330**                   EIN:  **77-0531367**

    Has the plan been terminated?
    ☐ No
    ■ Yes

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
 Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
 Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
 List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | XCOR Aerospace, Inc., a California Corporation | | Case number *(if known)* | |
|---|---|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various | Netherlands | Escrow account believed to be held by SXC Spaceline N.V. holding funds consisting of pre-payments for space travel tickets by XCOR customers. | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor    **XCOR Aerospace, Inc., a California Corporation**      Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Mojave Air & Space Port<br>1434 Flightline<br>Mojave, CA 93501 | Kern County Environmental Health Service<br>2700 M St,<br>Suite 300<br>Bakersfield, CA 93301 | | 8/2/2017 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☒ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   XCOR Space Expeditions BV<br>Landhuis Joonchi<br>Kaya Richard J Beaujon z/n<br>PO Box 837, Willemstad<br>Curacao | | EIN:    Unknown<br><br>From-To   2011 - Current (fka SXC Space Expeditions BV and SXC Space Travel BV) |
| 25.2.   SXC USA, LLC<br>515 S. Flower St.<br>36th Floor<br>Los Angeles, CA 90071 | | EIN:    SOS Reg. 201216810363<br><br>From-To   2012 - Current |
| 25.3.   XCOR Spaceline NV<br>Landhuis Joonchi<br>Kaya Richard j Beaujon z/n<br>PO Box 837, Willemstad<br>Curacao | | EIN:    122716<br><br>From-To   2011 - Current (fka SXC Spaceline NV) |
| 25.4.   SXC Asia, LTD.<br>906-9 Harbor Crystal Center<br>Granville Rd.<br>TST East<br>Hong Kong | Former 50% interest which has since been sold to other shareholders. | EIN:    Unknown<br><br>From-To   Unknown - 2015 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Randy Baker<br>2901 Enterprise Lane<br>Midland, TX 79706 | 3/2006-10/2016 |

Debtor   __XCOR Aerospace, Inc., a California Corporation__       Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   **Laura Collins**<br>**2901 Enterprise Lane**<br>**Midland, TX 79706** | **2/2014-8/2016** |
| 26a.3.   **Brian Evans**<br>**3706 W Michigan Ave**<br>**Midland, TX 79703** | **8/2016-8/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Sean Pendergast**<br>**400 W Illinois Ave**<br>**Suite 1550**<br>**Midland, TX 79701** | **2016-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Weaver and Tidwell, LLP**<br>**400 W. Illinois, Suite 1550**<br>**Midland, TX 79701** |
| 26d.2.   **Group 2000**<br>**Van der Hoopweg 1**<br>**PO Box 333**<br>**7600 AH Almelu**<br>**The Netherlands** |
| 26d.3.   **SB Partners, LLP**<br>**3600 Billings Court, Suite 301**<br>**Burlington, Ontario, L7N 3N6** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor   XCOR Aerospace, Inc., a California Corporation     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Blum | 2212 Glenbrook Way<br>Las Vegas, NV 89117 | CEO | |
| Charles T. Burbage | 3740 Schooner Ridge<br>Alpharetta, GA 30005 | Chairman of the Board | |
| Arthur Bozlee | 3045 Fairwood Drive<br>Reno, NV 89502 | Board Member | |
| Esther Dyson | 632 Broadway<br>10th floor<br>New York, NY 10012 | Board Member | |
| Lee Valentine | 13162 Cheltenham Drive<br>Sherman Oaks, CA 91423 | Board Member | |
| Mark Hoogendoorn | Gaffelstraat 31<br>3920 Lommel<br>Belgie | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John H Gibson II | 4304 Saltillo Court<br>Midland, TX 79707 | CEO | 2/2015-6/2017 |
| Randy Baker | 9303 Winshester Rd.<br>Austin, TX 78733 | CFO/COO | 2/2006-9/2017 |
| Michael Gass | 8871 Aspen Leaf Ct.<br>Littleton, CO 80125 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor    **XCOR Aerospace, Inc., a California Corporation**      Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | | Employer identification number of the parent corporation |
|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | | Employer identification number of the parent corporation |
|---|---|---|

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2017**

_____      **Michael A. Blum**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# United States Bankruptcy Court
Eastern District of California
Fresno Division

In re: XCOR Aerospace, Inc.                    Case No. 17-14304
      Chapter 7

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
        [ X ] Debtor    [   ] Other

3. The source of compensation to be paid to me is:
        [ X ] Debtor    [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of the petition, schedules and statement of affairs;
    c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
    d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $200.00 to $490.00 per hour for attorneys and $85.00 to $150.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 10/16/17 | $15,000.00 | | |
| 10/31/17 | | $5,747.50 | $277.81 |
| 11/08/17 | | $8,605.96 | $368.73 |

9. The above fees were related to services rendered as follows:

| | |
|---|---|
| Bankruptcy Related | 100% |
| Non-Bankruptcy Related | 0% |

10. The retainer on hand as of Petition Date was: $0.00

# United States Bankruptcy Court
### Eastern District of California
### Fresno Division

In re: XCOR Aerospace, Inc.                                 Case No. 17-14304
     Chapter 7

## Disclosure of Compensation of Attorney for Debtor

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date: 11/17/17             _____

                            Riley C. Walter, Attorney for Debtor

00162849-MKR-11.17.2017