# United States Bankruptcy Court
## Eastern District of California

In re: __XCOR Aerospace, Inc., a California Corporation__
Debtor(s)

Case No. _____
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __XCOR Aerospace, Inc., a California Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SXC N.V. - 35.45%**
**Landhuis Joonchi**
**Kaya Richard J Beaujon Z/N**
**PO Box 837**
**Curacao**

☐ None [*Check if applicable*]

November 17, 2017
Date

_/s/ Riley C. Walter_
Riley C. Walter 91839
Signature of Attorney or Litigant
Counsel for __XCOR Aerospace, Inc., a California Corporation__
**Walter Wilhem Law Group**
**A Professional Corporation**
**205 E. River Park Circle, Ste. 410**
**Fresno, CA 93720-1563**
**(559) 435-9800 Fax:(559) 435-9868**
**rileywalter@w2lg.com**