# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: XCOR AEROSPACE INC, A CALIFORNIA CO        Case No. 17-14304-LRA

Chapter   7

_____,

Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey M. Vetter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,094,018.54        Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00            Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration:$28,547.00

3)  Total gross receipts of $    1,165,250.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $1,136,703.00    (see **Exhibit 2** ), yielded net receipts of  $28,547.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,040,183.30 | $1,197,776.32 | $1,184,451.53 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,613.47 | 36,613.47 | 28,547.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,023,260.31 | 1,023,260.31 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,559,610.26 | 7,528,468.32 | 7,478,468.32 | 0.00 |
| **TOTAL DISBURSEMENTS** | $33,599,793.56 | $9,786,118.42 | $9,722,793.63 | $28,547.00 |

4) This case was originally filed under Chapter 7 on November 08, 2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2019          By: /s/Jeffrey M. Vetter
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ALL ASSETS EXCLUDING; PER ORDER DOC 64 1/26/18 | 1129-000 | 1,165,250.00 |
| **TOTAL GROSS RECEIPTS** | | $1,165,250.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BUILD A PLANE | deposit returned to buyer of assets | 8500-002 | 100,000.00 |
| Dinsmore & Shohl LLP | Space Florida Client Trust Account | 8500-002 | 1,010,000.00 |
| Dinsmore & Shohl LLP | Space Florida Client Trust Account  / Balance PIF | 8500-002 | 25,000.00 |
| FTB | PER ORDER DOC 123 / TAX YR 2017 | 8500-002 | 903.00 |
| FTB | OPER ORDER DOC 123 / TAX YEAR 2018 | 8500-002 | 800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,136,703.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | LEAF Capital Funding, LLC | 4210-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| 2 | De Lage Landen Financial Services Inc | 4210-000 | 9,630.25 | 8,556.35 | 8,556.35 | 0.00 |
| 8 | Kern County Treasurer Tax Collector | 4110-000 | 11,842.47 | 13,324.79 | 0.00 | 0.00 |
| 8 -2 | Kern County Treasurer Tax Collector | 4110-000 | N/A | 13,324.79 | 13,324.79 | 0.00 |
| 9 | Kern County Treasurer Tax Collector | 4110-000 | N/A | 1,654.15 | 1,654.15 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Deschutes County Tax Collector | 4210-000 | 495.08 | 916.69 | 916.69 | 0.00 |
| 13S | Bryn Mawr Equipment Finance, Inc. | 4210-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 26S | IPFS | 4210-000 | N/A | 14,749.86 | 14,749.86 | 0.00 |
| 27S | Steven L. Jones | 4210-000 | N/A | 35,000.00 | 35,000.00 | 0.00 |
| 34 | Branch Banking & Trust Company | 4210-000 | 18,215.50 | 19,249.69 | 19,249.69 | 0.00 |
| 40S | Space Florida | 4210-000 | N/A | 1,050,000.00 | 1,050,000.00 | 0.00 |
| 45S | Peter Kara | 4210-000 | N/A | 35,000.00 | 35,000.00 | 0.00 |
| NOTFILED | Midland Development Corporation | 4110-000 | 10,000,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,040,183.30** | **$1,197,776.32** | **$1,184,451.53** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Jeffrey M. Vetter | 2100-000 | N/A | 3,604.70 | 3,604.70 | 2,856.68 |
| Trustee Expenses - Jeffrey M. Vetter | 2200-000 | N/A | 1,131.92 | 1,131.92 | 897.03 |
| Other - Klein, Denatale and Goldner | 3210-000 | N/A | 26,100.00 | 26,100.00 | 20,683.90 |
| Other - Klein, Denatale and Goldner | 3220-000 | N/A | 821.54 | 821.54 | 651.06 |
| Other - JANZEN TAMBERI & WONG | 3410-000 | N/A | 3,276.00 | 3,276.00 | 2,596.19 |
| Other - JANZEN TAMBERI & WONG | 3420-000 | N/A | 82.72 | 82.72 | 65.55 |
| Other - Franchise Tax Board (ADMINISTRATIVE) | 2410-000 | N/A | 800.00 | 800.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 545.39 | 545.39 | 545.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.28 | 41.28 | 41.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.92 | 46.92 | 46.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.16 | 41.16 | 41.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.36 | 45.36 | 45.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.87 | 43.87 | 43.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.61 | 22.61 | 22.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$36,613.47** | **$36,613.47** | **$28,547.00** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | FRANCHISE TAX BOARD | 5800-000 | N/A | 917.62 | 917.62 | 0.00 |
| 20 | Internal Revenue Service | 5800-000 | 0.00 | 19,522.65 | 19,522.65 | 0.00 |
| 36P | California Dept. of Tax and Fee Administration | 5800-000 | N/A | 21,499.75 | 21,499.75 | 0.00 |
| 48P | Texas Comptroller of Public Accounts | 5800-000 | N/A | 973,130.18 | 973,130.18 | 0.00 |
| 49P | Texas Comptroller of Public Accounts | 5800-000 | N/A | 8,190.11 | 8,190.11 | 0.00 |
| NOTFILED | California Attorney General | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | California Board of Equalization | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United States Attorney (IRS | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United States Department of | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Securities & Exchange Commission Attn: Bankruptcy | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Employment Development | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,023,260.31 | $1,023,260.31 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | LEAF Capital Funding, LLC | 7100-000 | N/A | 26,393.13 | 26,393.13 | 0.00 |
| 3 | AIRGAS USA, LLC | 7100-000 | 9,788.33 | 338.63 | 338.63 | 0.00 |
| 4 | AIRGAS USA, LLC | 7100-000 | 144.21 | 168.58 | 168.58 | 0.00 |
| 5U | FRANCHISE TAX BOARD | 7100-000 | N/A | 256.35 | 256.35 | 0.00 |
| 6 | FedEx Corporate Services, Inc. | 7100-000 | 125.62 | 2,087.81 | 2,087.81 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Southern California Edison | 7100-000 | 1,089.75 | 1,575.52 | 1,575.52 | 0.00 |
| 10 | Swift Engineering Inc. | 7100-000 | 680,000.00 | 680,000.00 | 680,000.00 | 0.00 |
| 11 | Wagner Machine Co | 7100-000 | 21,579.33 | 21,579.33 | 21,579.33 | 0.00 |
| 13U | Bryn Mawr Equipment Finance, Inc. | 7100-000 | 5,000.00 | 14,050.92 | 14,050.92 | 0.00 |
| 14 | Sim Sanitation Inc | 7100-000 | 400.45 | 400.45 | 400.45 | 0.00 |
| 16 | Southern California Gas Company | 7100-000 | N/A | 242.59 | 242.59 | 0.00 |
| 17 | McDermott Will & Emery LLP | 7100-000 | 41,526.43 | 7,750.07 | 7,750.07 | 0.00 |
| 18 | SXC NV | 7100-000 | 4,061,480.00 | 2,951,000.00 | 2,951,000.00 | 0.00 |
| 19 | ACT Aerospace | 7100-000 | N/A | 111,781.64 | 111,781.64 | 0.00 |
| 21 | Laser Technology Associates | 7100-000 | 14,146.38 | 14,050.00 | 14,050.00 | 0.00 |
| 22 | Race Communications | 7100-000 | 920.48 | 1,159.30 | 1,159.30 | 0.00 |
| 23 | Plateronics Processing | 7100-000 | 355.00 | 355.00 | 355.00 | 0.00 |
| 24 | Airgas, an Air Liquide Company | 7100-000 | N/A | 9,788.33 | 9,788.33 | 0.00 |
| 25 | Morgan, Lewis & Bockius LLP | 7100-000 | 81,541.31 | 81,541.31 | 81,541.31 | 0.00 |
| 26U | IPFS | 7100-000 | 1,755.87 | 12,887.78 | 12,887.78 | 0.00 |
| 27U | Steven L. Jones | 7100-000 | N/A | 65,000.00 | 65,000.00 | 0.00 |
| 28 | TXU Energy Retail Company LLC | 7100-000 | 5,900.72 | 7,130.69 | 7,130.69 | 0.00 |
| 29 | Kevin A. Greene | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| 29 -2 | Kevin A. Greene | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 30 | Kevin A. Greene | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 31 | Siemens Credit Warehouse | 7100-000 | 37,130.00 | 37,130.00 | 37,130.00 | 0.00 |
| 32 | Lodewijk-Jan Doensen | 7100-000 | N/A | 95,000.00 | 95,000.00 | 0.00 |
| 33 | Pacific Bell Telephone Company | 7100-000 | N/A | 3,797.62 | 3,797.62 | 0.00 |
| 35 | Mojave Air & Space Port | 7100-000 | 51,421.39 | 44,402.82 | 44,402.82 | 0.00 |
| 36U | California Dept. of Tax and Fee Administration | 7100-000 | 823.00 | 2,574.80 | 2,574.80 | 0.00 |
| 37 | Synchrony Bank | 7100-000 | N/A | 352.64 | 352.64 | 0.00 |
| 38 | Protobox LLC | 7100-000 | 31,125.92 | 31,125.92 | 31,125.92 | 0.00 |
| 39 | AIG Property Casualty, Inc. and its affiliates | 7100-000 | 39,484.00 | 39,484.00 | 39,484.00 | 0.00 |
| 40U | Space Florida | 7100-000 | N/A | 2,590,219.48 | 2,590,219.48 | 0.00 |
| 41 | Lee Valentine | 7100-000 | 110,000.00 | 110,000.00 | 110,000.00 | 0.00 |
| 42 | Robin Snelson | 7100-000 | 14,200.00 | 14,200.00 | 14,200.00 | 0.00 |
| 43 | Jamshid Azari Barbara G. Colbert | 7100-000 | 10,000.00 | 55,817.00 | 55,817.00 | 0.00 |
| 44 | AERO Pro LLC | 7100-000 | 10,734.10 | 10,734.10 | 10,734.10 | 0.00 |
| 45U | Peter Kara | 7100-000 | N/A | 65,000.00 | 65,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | Ronald Moreck | 7100-000 | 0.00 | 128,454.00 | 128,454.00 | 0.00 |
| 47 | Alan Darush | 7100-000 | 50,000.00 | 51,882.00 | 51,882.00 | 0.00 |
| 48U | Texas Comptroller of Public Accounts | 7100-000 | 204.00 | 87,861.24 | 87,861.24 | 0.00 |
| 49U | Texas Comptroller of Public Accounts | 7100-000 | 0.00 | 895.27 | 895.27 | 0.00 |
| NOTFILED | Kern County Public Health Services Dept | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | John H. Gibson II | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jordan Kaufman Kern County Unsec | 7100-000 | 10,537.66 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Greene | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | InContact | 7100-000 | 39.65 | N/A | N/A | 0.00 |
| NOTFILED | EV Roberts | 7100-000 | 4,640.23 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Kern Air Pollution Control Dist | 7100-000 | 138.00 | N/A | N/A | 0.00 |
| NOTFILED | Dun & Bradstreet Credibility Corp | 7100-000 | 1,599.00 | N/A | N/A | 0.00 |
| NOTFILED | DIAB Americas LP | 7100-000 | 7,712.48 | N/A | N/A | 0.00 |
| NOTFILED | DMV | 7100-000 | 464.00 | N/A | N/A | 0.00 |
| NOTFILED | Dan Klores Communications, LLC | 7100-000 | 25,176.17 | N/A | N/A | 0.00 |
| NOTFILED | Desert Truck Service | 7100-000 | 45.63 | N/A | N/A | 0.00 |
| NOTFILED | Esther Dyson | 7100-000 | 223,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx Freight | 7100-000 | 2,103.67 | N/A | N/A | 0.00 |
| NOTFILED | Laura Collins | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Indian Wells | 7100-000 | 249.75 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Gray Robinson Attorneys at Law | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gunderson Palmer Nelson Ashmore LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Deparment of Revenue | 7100-000 | 278.80 | N/A | N/A | 0.00 |
| NOTFILED | GoEngineer, Inc | 7100-000 | 4,108.73 | N/A | N/A | 0.00 |
| NOTFILED | Intech Funding Corp | 7100-000 | 13,089.20 | N/A | N/A | 0.00 |
| NOTFILED | Midland Development Corporation | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SXC N.V. | 7100-000 | 2,261,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The SoCalGas | 7100-000 | 862.94 | N/A | N/A | 0.00 |
| NOTFILED | Sun Life Financial | 7100-000 | 1,568.16 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Research Institute | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Speciality Materials Inc. | 7100-000 | 109,863.95 | N/A | N/A | 0.00 |
| NOTFILED | Shook Hardy & Bacon LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Siemens Financial Services, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Tom Burbage | 7100-000 | 55,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Uniliver US | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Total Design Service | 7100-000 | 2,340.00 | N/A | N/A | 0.00 |
| NOTFILED | XCOR Space Expeditions B.V. | 7100-000 | 782,725.00 | N/A | N/A | 0.00 |
| NOTFILED | Yugenkaisya NOCCA | 7100-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Williams Law Firm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Trustee's Office | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Waller Lansden Dortch & Davis LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 53.78 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Equipment Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Satoshi Takamatsu | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogier Kroymans Kroy Mans Consultancy | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | S & M Moving Systems | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael A. Blum | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CSC Trust Company of Delaware | 7100-000 | 96.12 | N/A | N/A | 0.00 |
| NOTFILED | Matrix Composites, Inc | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Manresa Investment LLC c/o Garrett Paul | 7100-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Manresa Investment LLC c/o Kaper Ventures Limited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Linde LLC | 7100-000 | 7,099.22 | N/A | N/A | 0.00 |
| NOTFILED | Lux Bus America, Co | 7100-000 | 2,218.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Development Corporation | 7100-000 | 10,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | New Allies International, LTD. | 7100-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | New Allies International LTD. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Randy Baker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rev Manufacturing, Inc | 7100-000 | 12,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Quartus Engineering Inc. | 7100-000 | 41,369.25 | N/A | N/A | 0.00 |
| NOTFILED | Performance Sealing Inc | 7100-000 | 41,302.53 | N/A | N/A | 0.00 |
| NOTFILED | PoliSpace | 7100-000 | 37,253.63 | N/A | N/A | 0.00 |
| NOTFILED | PCC Structurals, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peer 1 Hosting | 7100-000 | 1,619.78 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Insurance | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | Amazon | 7100-000 | 367.50 | N/A | N/A | 0.00 |
| NOTFILED | Credence Resource Management, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Benz Inc. | 7100-000 | 1,438.46 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Blok & van den Boogaard Register | 7100-000 | 937.50 | N/A | N/A | 0.00 |
| NOTFILED | AT&T (Mojave) | 7100-000 | 4,829.60 | N/A | N/A | 0.00 |
| NOTFILED | Barrday Composite Solutions | 7100-000 | 19,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Blok & Van Den Booogaard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aon Risk Solutions | 7100-000 | 589.00 | N/A | N/A | 0.00 |
| NOTFILED | Body cote Westminster Division | 7100-000 | 955.20 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield | 7100-000 | 642.03 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Spaceflight Federation | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Intelligence Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Certent, Inc | 7100-000 | 8,348.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Midland | 7100-000 | 67.85 | N/A | N/A | 0.00 |
| NOTFILED | Andrews Consulting Services, LLC | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Boydstun Pest Control | 7100-000 | 81.19 | N/A | N/A | 0.00 |
| NOTFILED | AFCO | 7100-000 | 141.09 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Financial Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Act Aerospace | 7100-000 | 90,676.52 | N/A | N/A | 0.00 |
| NOTFILED | Cosworth Limited | 7100-000 | 8,397.70 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,559,610.26 | $7,528,468.32 | $7,478,468.32 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) |
| | **§341(a) Meeting Date:** 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SXC Spaceline N.V. (Curacao), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 2 | SXC Space Travel B.V. (Netherlands), 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Motorcycle - 2010 Triumph VIN#:<br>1G9BU11186R28940 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | Trailer - 2006 Carrier VIN#:<br>1G9BU11186R289407 - | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Trailer - 2011 Carrier VIN#:<br>4HXSU1017BC154783 - | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Trailer - 2012 Carrier VIN#:<br>4HXSU1410CC159982 - | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Trailer - 2012 Carrier VIN#:<br>4HXHD182XCC159999 - | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | Trailer - 2012 Carrier VIN#:<br>4HXHD1128CC160708 - | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | Trailer - 2002 Carrier VIN#:<br>4HXSC16282C045655<br>C | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Imperial Lawboy - 2006 VIN #<br>1T9FS162460372589. | 500.00 | 500.00 | | 0.00 | FA |
| 11 | Trailer - 2006 Carson Carrier VIN#:<br>4K2UF0719YM1 | 500.00 | 500.00 | | 0.00 | FA |
| 12 | Trailer - 2006 Carson Carrier VIN#:<br>4HXSU08116C0 | 500.00 | 500.00 | | 0.00 | FA |
| 13 | Triple wide trailer/mobile home - modified<br>(Moja | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14 | Checking Account at First Capital Bank of Texas, | 1,164.25 | 1,164.25 | | 0.00 | FA |
| 15 | Checking/Debit Account at First Capital Bank of | 154.74 | 154.74 | | 0.00 | FA |
| 16 | Deposits (Equipment) | 17,824.00 | 17,824.00 | | 0.00 | FA |
| 17 | Prepaid Insurances | 72,308.38 | 72,308.38 | | 0.00 | FA |
| 18 | Notes Receivable: SXC Space Travel BV Note. Tota | 518,599.19 | 518,599.19 | | 0.00 | FA |
| 19 | A/R 90 days old or less. Face amount = $173342.0 | 173,342.07 | 173,342.07 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-14304-LRA

**Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO

**Period Ending:** 02/14/19

**Trustee:** (008820)   Jeffrey M. Vetter

**Filed (f) or Converted (c):** 11/08/17 (f)

**§341(a) Meeting Date:** 12/08/17

**Claims Bar Date:** 03/20/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | A/R 90 days old or less. Face amount = $264125.9 | 264,125.91 | 264,125.91 | | 0.00 | FA |
| 21 | Computers, software. Valuation Method: | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 22 | Raw Materials: Miscellaneous parts and<br>raw mater | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 23 | Other inventory or supplies: Propulsion System - | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 24 | Equipment.Shop Equipment (Mojave + Midland) *Maj | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 25 | ALL ASSETS EXCLUDING; PER ORDER DOC 64<br>1/26/18<br>  a. cash and currency<br>b.  actions available under sections 544, 547, 548, 550<br>of the Bankruptcy Code<br>c.  equipment subject to security interestes: Ingersol<br>Rand dryer, serial # CBV256763<br>d.  leased equipment with Intech Funding Corp:  HASS<br>ST-30, Serial # 3103119; HASS TL-1, Serial #<br>3103207;  HASS VF-4 Serial # 1123786<br>e.  1994 AM General HMSC identification #<br>137YA8438RE152677<br>f.  Stock and/or other equity interests in the following<br>entities: (1) SXC Spaceline N.V. (Curacao);  (2) SXC<br>Space Travel B.V. (Netherlands);  (3)  SXC Asia, LTD.<br>(Hong Kong); SXC USA LLC;  (5) Orbital Outfitters | 0.00 | 0.00 | | 1,165,250.00 | FA |
| 25 | **Assets    Totals (Excluding unknown values)** | **$1,094,018.54** | **$1,094,018.54** | | **$1,165,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ADP ISSUES....NO W-S'

TEXAS COMPTROLLER AUDIT

INSURANCE ISSUES.


*****FOREIGN BUYERS....SEND INFO TO PETER DADE TO VET.  11/29/17


1314 flight line

11/09/17  riley: anything in xcor?  main concerns are lien holders, insurance and access to the yard/buildings. let me know.  thanks, jeff

11/09/17 clld xcor.  # diconnectted

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 17-14304-LRA | | | **Trustee:** (008820) Jeffrey M. Vetter | | |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | | | **Filed (f) or Converted (c):** 11/08/17 (f) | | |
| | | | **§341(a) Meeting Date:** 12/08/17 | | |
| **Period Ending:** 02/14/19 | | | **Claims Bar Date:** 03/20/18 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/09/17 tc with riley.  .5

11/10/17 rec'd m blums contact info.  need to change locks and erase alarm codes.  called.  harry van houten not availbe leaving town can meet monday.

11/10/17 tc with mike blum.  280 customers paid 100k in advance for space trips.  appx  40 customers have 35k in escrow in the nedtherlands.  according to mike there is  an alarm system in place in midland.  appx 1mm in assets there.  midland development corp is the landlord.

servers and IT there.

11/10/17 t/c with scott nave atty for masp.  .5

11/1/17  tc with tim duffy re itar docs that need to be filed within 5 days.  will email to tim, mike and riley.  so they can forward to ddoj or state dept.  .6

11/10/17  drove to mojave to have locks changed.  completed inspection....no schedules though.  took video of equipment and aircraft.  kwik key was not real quick.  7 hours.  left at 9am back at 4.

11/11/17  tc with pam welch at mid dev corp.  tyco alarm and fire system.  2 floors of office and small hanger.  30k foot hanger.  office complex 2 floors.  all combined. .6


2901 enterprise lane, suite 400 midland, tx  79711

airport.  midland international air and space port.

11/11/17 emaield blum and walter re midland assets list and value.  .2

11/12/17  reviewed ucc's.  emailed lh re midland facility and securing the assets.  can mdc help facilitate this or is this a conflict?  .7

11/13/17  called 3 locksmiths in midland.  soonest is tuesday.  mr key will arrange with pam to facilitate change and i will pay via cc.  sent emails to pam and locksmith. .8

11/13/17 called emailed keven mitcheall at tyco re alarm.  .2  .

11/13/17 emails to escrow holder wanting his 35k back.  emails to riley lisa and mike blum.  .5

11/14/17several emails with pam welch, tyco  .4

11/14/17  emaield Lodewijk-Jan Doensen  re his escrow funds.  .2

11/15/17  reveiewed shaw moses insurance policies  626-799-7813  no one available.  left message.  .3

Duncan MacGillivray is her boss.  His number is 626-799-7813 ext 230.

Lisa Anderson at Shaw Moses Mendenhall.  Her number is 626-799-7813 ext 223.

11/17/17  emailed tim duffy, m blum and riley re itar and ddtc..  attached bk docs and asked to forward to appropriate partly and ddtc.   .2

11/20/17 george french called from gb, wi..  i called him (# in internal memos) and was not allowed to leave a message.

11/20/17  called other # for french we talked about priority claims, unsecured, may want to purchase. assests.

11/21/17  pam has control key.

11/21/17  emaiels with karina at masp.  another bunker in name of xcor.  may have haz mats in it.  i gave karina permission to access and let me konw what is the contents.  .4

11/21/17 cllded frandk sugrue.  can he appraise.?

11/21/17 t/c with pam re alarm codes.  sara is changing them today.  in fact they are changed.  .3

11/22/17  tc with lana at LEAF.  i also followed up with email 50-50 after cos when auctioned.  she will get back to me.  .4

11/25/17  emailed peter dade at the state department.  need clarification of what an "xcor itar" asset is

11/27/17  called texas power and left vm for bankruptcy specialist.  .2

11/27/17 spoke with water service.  service cancelled.  amou nt due is 98$

11/28/17  current balance.  7130.69.  972-868-8411  this is bk line at texas energy.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** | (008820)   Jeffrey M. Vetter |
| **Case Name:**   XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** | 11/08/17 (f) |
| | **§341(a) Meeting Date:** | 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** | 03/20/18 |

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br><br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br><br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br><br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br><br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br><br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

11/28/17   left vm at bk line at txu energy.

11/29/17 rev employ app kdg. .3

11/29/17   emails to karina re bunker items. can they move to hangar? .3

11/29/17 Mr. Vetter, we don't have anyone we could refer you to, for outside vetting. And, there are probably very few "bad actors" in the U.S. side that you couldn't sell to. So, U.S.-to-U.S. sales are generally okay. It's the foreign Buyer(s) we're concerned about. If you do get a potential Foreign Buyer, I can run their name through our internal bad actor list, and get you an answer within NLT 24 hours. I realize you'll be into 2018 when this gets going. Thanks, Peter Dade


11/29/17

INSURANCE......Lisa Anderson at Shaw Moses Mendenhall. Her number is 626-799-7813 ext 223.

 left lisa vm.

11/29/17   tc with duncan macgivilary ins agent. getting together coverage synopsis.   .5


11/30/17   tc with blum and tom burbage. ULA UNITED LAUNCH ALLIANCE. 50/50   boeing and lockheed martin. they were xcors only customer. they cxld contract with xcr.   SEE INTERNAL NOTES.

11/30/17   email from cheryl nunn. re 401k, ar report and ftb texas. .3


talked with mb re ftb in midland. d and o's need to resign? i do not think so but will confirm.

12/01/17 emaiels with lh re d&o insurance.   DO NOT RENEW D & O INSURANCE.

12/01/17   emaield riler re d& o insurance. tt / estate will not renew. .3

12/01/17   reveiwed ins coverage. emailed lh re cxlg 1mm limits on catastrophic event.   .6

12/04/17   emailed riley re d&o insur. duncan said it had to bepaid withing 2-3 days. emailed riley estate/trustee will not renw. asked riley to disseminate to d's and o's. .3

12/04/17 emaiels to lisa re liens, receivership and carve outs..3

12/05/17   rev emailes from duncan re dand o.   .2

12/11/17   called sissy at so cal edison. she called me and left vm. i left her vm. phone number below.

12/11/17 reveiwed insurace info   gen liab and fire and theft. both expire april and august respectively. emailed lh should sf pay this premium?   no $ in estate. .4

12/13/17   returned the call of scottt nave. .1

12/14/17   and 12/13. emails to duncan re insurance. xcor is paying the fnance co, which paid for the insurance. i believe the finance co would have a claim in the bk estate. if the payments must be made then finance co should look to space florida.   .5

12/15/17   emails to lh re lease and current expenses. emails to karina drees at masp re hangar ownership. .3

12/18/17 emaiels from cridtor gregory elias and louis satoh.

12/29/17 LM for frank sughrue   appaiser auctioneer.   512-940-0196

01/03/18   lm for

01/08/18   tc lisa.   NEED ESCROW CONTRACT. ESTATE FUNDS? SFLORIDAS SECURITY? EMAILED MIKE AND CHERYL FOR CONTRACT.


01/08/18   EMAILED MIKE AND CHERYL REGARDING ADP CONTACT FOR W-2'S.   CAN EMPLOYEE'S CALL DIRECT, PAY AND GET THEIR W-2S? SOMETHING IN PLACE FOR THEM TO GET THEIR W2'S?

Exhibit 8

Page: 5

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter | |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) | |
| | **§341(a) Meeting Date:** 12/08/17 | |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/08/18  lisa will email brisa at texas compt re audit.

01/08/18  emaield jerry re inquiry to take over masp lease.   cc lisa and crhis cel.  .3

01/09/18 respond to several emails re how t ofile poc in xcor bk.  .3

ADP INFO.  W-2

The contact I spoke to previously was filling in for Adam Martinez from the accounts receivable department.   I was told the required payment would be approximately $655 to prepare the W-2s.  Adam's phone number is 855-718-1737 ext. 893 25 30.  His  email address is Adam.Martinez@ADP.com.  The XCOR company code is YHW and the client number is 939488.

01/17/18  emails from  astronauts.

01/17/18  laura at adp will open case and escalet to mgr.  will email/call with case #.  can empl call, pay and get w2?  .3

 I have opened a case for the W-2 team.  The case is 3-37585091580 and I have asked my manager to escalate this to the correct team.  Thank you and have a great day.Regards,Lora May | Issue Resolution Analyst

ADP, LLC

01/22/18  emailed joe re p/u of hummer in xcors possession. .2

01/22/18  emailed lah re lease.  i believe it is rejected if not assumed?  lisa will let me know.  .2

01/22/18  worked on sales tax audit.  sent t ocheryl and mike to complete wjhat they can.  i will work with ms munoz at the irs.  .5

01/23/18 rev tax question and sent to brisa at irs  tc with brisa.  eamails re ownership of the hummer.  .6

01/25/18  tc with sara harris who reolaced pam welch.  emails to coordinate sf's access to midland and mojave.  .5

01/25/18  emails re tx comptroller.  forwarded to m blum and cheryl for their responses.  .3

01/29/18 recd and returned email fo charlie ramos from the ftb.  .3

01/31/18 andres at ADP.  will escelate to mgr martha DEMOSS.  WILL GET BACK TO ME BY 2/7/17  .4

QTRLY REV

01/31/18

lisa working on motion to sell to space florida.

02/01/18  spoike with adam martinez.  referrred to client services.  866-318-3888

adam says no money due to adp from xcor.

spoke with johhny.  cannot locate xcor.  .2

called adam back.  researched.  thinks adp will allow employees access to w-2's at no cost to xcor or employees.  .6

02/02/18  talked with andres at ADP.  he is going to determine if w-2 are going to the employees or to xcor.  .6

02/02/18  emailed lh re escrow funds.  read and responed to w-2 and escrow emails.  .5

02/04/18  emails from stepen jones.  bbb complaint and a contract where he retained counsel to help recover funds.

02/05/18  Emailas to interested parties.  notice and motion.  .5

Exhibit 8

Page: 6

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) |
| | **§341(a) Meeting Date:** 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/05/18  tc with steve jones who loaned xcor $.  gave him atty's names and numbers.  he asked about the mailings and the sale.  .5

02/05/18  emaied notice and motion to mike valant.  .2

02/05/18  eamiled ron kaufman motion and notic.e

02/05/18  reviewed email from brisa munoz.  forwarded answers to her inquiry from cheryl.  .4

02/05/18  two tc call with lyn freemen.  wants to inspect assets.  emails to lyn and karina and sara at midland.  .7

02/05/18  steve jones called askg how to get notices.  gave him general guidance to website and emailed steve two req for special notices.  suggested he send to fresno and sacramento but will leave the decision to him.  said his team of attorneys are looking at how to get his 2800 bacik  .3

02/07/18 emaield nadine zentner re escrow.  same email to nicholas wiszowaty  .3

02/08/18  steve jones called and asked if his "req for spec notice" was going to filed as such.  (like sf's)  i told him i do not know what he sent in so i cannot tell him how it will be docketed.  he asked about "the deadline" and i told him to consult his team of attorneys.  i didn't even ask what deadline.  i am not going to give advice on what steve should or shouldn't do. .2

02/12/18  emails to drees, harris and doyle arranging inspection.  .3

02/12/18  tc with lana leor at leaf capital.  .3

02/12/18  eamails to lisa h and cc.  .2

02/12/18  emails to duncan and cc re insurance lapsing.  .3

02/13/18  steve jones called this am i was not in office..  steve told me "there was a sale free and clear and a mfrs....what did those two items mean and is that when he will get his money"  i gave only a broad brush strok of both...but as before, suggusted he consult an attorney.  .3

02/13/18  severa l emails from lyn re gaining access to midland.  chris re insurance.  brisa re the taxes.  .8

02/13/18  called BRENT H re access to midland

2/14/18  steve jones called lvm.  called court and confirmed 25 claim was rec'd and filed.  i did not call him back as he did not request call back.

02/14/18  tc with anita at leaf capital.  emailed her both sale and notice.  .3

02/14/18  tc with michael blum, cheryl nunn and brisa munoz at tx comptrollers.  1.1

brisa will email items needed to complete audit.  i asked brisa in no uncertain terms "if the items are not provided can tx comp use the estimate"  she said yes, the past deductions would be disallowed and she had already run these numbers if there was an estimate.  using those figures there would be a tax due to tex appx 200k.

02/15/18  rec'd reveiwed docs from cheryl nunn.  forwarded to brisa munoz.  .4

02/15/18 ESCROW ACCOUNT....EMAILED LH.

02/15/18  t/c with brent hilliard re access to midland.  i will email cc and see if he would be willing to share the inventory and photo that sf took while inspecting.

02/16/18  emaield andrew nelson mts, ntch and exh.  .2

02/16/18  emailed mb and cheryl brisa's additional concerns.  .2

2/15/18 LH AGREES SF SHOULD SHARE THE INVENTORY AND PICS.

02/20/18  tc with john gibson re his claim.  scheduled as money loaned.  he says it was wages. i suggested he consult an atty an if needed file a claim.  .3

02/20/18  tc with bill melvin  wante to liquidate xcors assets.  2

02/20/18  steve jones called.  wanted to know how sale went.  he then asked how soon will he get his $.  i told him not sure.  a sked what else he could do to expidite things along....is his claim filed properly.  told him to consult and atty.  do not want to give him advice.

02/21/18  emaield lyn freeman...want me to give liquidators his #?.1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter | |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) | |
| | **§341(a) Meeting Date:** 12/08/17 | |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

02/21/18  emaield phillepe bergeron re escrow funds.  .2

02/21/18  emaield nael hamemeh re escrow..1

02/22/18  rec'd the following from steve jones on my cell phone;  Fwd: Submitting Motion/Application for hearing in front of Judge Lastreto, and Notice of Hearing (in pleading format with numbers down side) for open date, along with supporting documents.  All in one FedEx.

02/23/18  tc with kucera.  asked about tax write offs.  invested 100k.

02/23/18  STEVE JONES called this am and asked if the motion he was filing was going to delay him getting his money.  i asked him what motion...."it is a motion to recieve my 100k back"  i said i did not know if it would hinder his ability to get his $ back.  told him now that the assets have been sold we are going to concentrate on the escrow funds and we will return the funds if it is possible.

02/26/18  emaield bennis, bergeron biship re status of escrow funds.  .3

02/26/18  emailed kucera suggested he seek counsel or consult with a cpa.

02/26/18  returned teh call of scott harter.  suggested same as above with kucera.  they are friends.

02/28/18  STEVE JONES.  called and asked if his motion was docketed.  not at computer.  suggested he set up account on pacer and he can view the docket.  he said if it was docketed that is a good sign correct.  i said i do not know.  what is a good sign?  cannot speak to whether it is good or not.

02/28/18  reviewed spread sheet for escrow holders.  19 ind have contacted me re return of escrow funds....six not  on spreadsheet.  .5

03/06/18  emails from bennis and j cripps.  call from george finch re acor assets.  .6

03/07/18  eamils from lyn re assets in mdc.  mdc will not work with bap.  want 1500 per day rent.  emailed lisa t oget her thoughts.  .3

03/08/18  returned call of george finch.  920-634-1473  .4

03/12/18  ck to bap for 100k.  represents the returned deposit.  .4

03/12/18  emails to wojtek laniecki re escrow  .2


still working on the escrow accounts.


however, i may be asking for a copy of the contract, invoice, copy of deposit, bank statement....anything that will support your payment.  i do not need the support now but please start gathering this information in anticipation of my request.  DO NOT SEND ANY DOC'S TO ME NOW....JUST START GATHERING SUPPORT FOR YOUR PAYMENT.


03/13/18  em both cheryl and mick.  can they provide anything further for brisa.  both "no".  conveyed same to brisa.  .2

03/15/18  rreviewed spreadsheets emails from maarten re escrow accounts.  emailed jaap, maarten michael re escrow accounts.  ..4

03/16/18  rec'd emails from maarten and jaap re escrow.  jaap asked for payment  of 5k and included invoice  .2

03/19/18  emailed jaap.  need more info on escrow holders as in earlier email.  no $ in bk may recevie pmt from escrow funds in they agree?  .2

03/19/18  email from z pronk in german.  emailed told to translate to engllish.  something about lynx.

03/21/18  emails re release from chris and lisa.  .3

03/21/18  tc from hernan estrada.  he called from the uk.  asked questions re escrow and 35k.  i explained what we were doing and hopefully we can or another party can return their funds.  .4

03/23/18  ESCROW.  emailed jaap again.  assistance would be appreciated.

03/27/18  rec'd emall from jaap.  confirmed amount of appx 669k usd.  no list of escrow holders, did not address a court order, did not address whether or not hodlers "lift or demand" escrow funds after 1/1/17.  emailed jaap back for same info.  .3

Exhibit 8

Page:　8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) |
| | **§341(a) Meeting Date:** 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/27/18  emailed brisa.  nothing further can be provided without being very burdensome and unreasonalbe.

03/27/18  emails to chris and lisa re returns.  possibility of carry backs?

03/28/18  emails from scott nave and lyn re haz mat.  emaield both back so lyn can rectify the issue.  .3

03/29/18  emails from j cripps and blum regartding escrow accts.  blum discovered a form that may be used for the escrtow holders to demand, directly from intertrust, the return of their escrow deposits..  .3

QTRLY REV:
04/10/18

emailed jaap (escxrow) and lisa.  need info so we can address escrow funds .2

answered several inquires re escrow funds from holders. .2

04/19/18  emaield all the escrow holdes a notice for demand of funds.  .4

04/20/18  called jones re release.  .3

4/20/ - 4/25  several emails re release form.  .8

04/25/18  emailed all astronaunts the following.

All:  Please see the below email sent April 19, 2018.  I do not have any further information regarding the escrow accounts.  Please make demand for your escrow funds using the attached form.  I will not send the form to Intertrust on your behalf.  I am only providing this information as a courtesy.

You may contact Jaap Veerman at Intertrust Group the following email:  Jaap.Veerman@intertrustgroup.com

Thank you, jeff vetter  .2

04/27/18 m dobbs emaild re copy of lease.  told him to call next week and i will look in the meantime.  .2

04/27/18  email from ceylon re escrow.  told to forward to jaap.

04/30/18

Dear Mr Vetter

See below bounce back from

Jaap.Veerman@intertrustgroup.com

Please advise

Thanks

Nick  emaield him back.  that's all ihave google intertrust.

05/01/18  emailed request to scrape schedules for asset importing.

05/17/18 escrow emails.  appears to be a demand to send money....possibly they will sue me.  i say ignore and lisa agrees.

05/17/18  more escrow eamails from astronaurs , bennis and boermans.  one in dutch?

05/21/18  tc with brisA munoz at tx state comptroller. re est tax.  .3

05/22/18  sent JTW 2016 tax returns, 1 and 2 and proposed distribution....which illustrates the fee reduction(haircut)

Exhibit 8

Page: 9

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) |
| | **§341(a) Meeting Date:** 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/25/18  tc with jaap.  he called me.  he's been inundated with requests to return the escrow funds.  .5

05/26/18  emaield bennis directions on how to file a claim.  .3

05/29/18 another email from an "asttronaut"

Dear mr Vetter,

We are really flabbergasted here in The Netherlands that you give us the advise to contact the organisation mentioned in attachement: Intertrust (and your email in green marked underneath), and they doesn't know anything about XCOR/SXC/Escrow/deposits etc.

We have understand that Intertrust had never had even a contract with XCOR?

Please give us reason why you did this so….

With regards,

Lodewijk-Jan Doensen, MD


05/30/18  tc with holly williams at williams law firm.


QTRLY REV:

07/12/18  WILL GET ACCT HIRED.  TFR FILED.

emailed jtw re status of returns.


07/24/18  em with former astronauts.  .2


07/28/18  sent cr forms 1 and 2.


08/20/18 chris:  i think we discussed these cases before but i wanted to confirm.

a distribution in garza, xcor and antongiovanni is unlikely in 2018.  just fyi.


08/23/18  rec'd and reviewd tax returns.  em cr regarding the potential min tax due for 2019.  i will include in the motino to pay admin expense.  .5


09/11/18  REC'D LETTER FROM IRS.  REFER TO CR TO CORRECT.

09/25/18  emaiels from jaap and cyril re escrow.  i emaield mike and cheryl.


QTRLY REV:

10/09/18  SPOKE WITH ZEEK AT FTB.  OKAY TO NOT PAY CLAIM 15 AS IT IS BEING PAID PER ORDER DOC 123.


10/19/18  sent la times reporter info to g powell.  emailed times same.

10/31  TFR FILED.

11/28/18  em from STEVEN JONES" is he creditor or not.

11/28/18  send email to m blum re xcor stock.  .3


12/17/18  marco from race comm. in milbrae.  wanted to know when they would rec their div.  i told there was not going to be any.

Exhibit 8

Page: 10

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Filed (f) or Converted (c):** 11/08/17 (f) |
| | **§341(a) Meeting Date:** 12/08/17 |
| **Period Ending:** 02/14/19 | **Claims Bar Date:** 03/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/31/18  eva blaisdell "california space center".  wanted to buy xcor assets and keep out of bk.  said assets were proper of space forlorida.  she wll em me and i will forward to sf.

QTRLY REV:
01/10/19

cks paid 1/3/19.  wiat to clear then tdr.

**Initial Projected Date Of Final Report (TFR):**  January 1, 2019     **Current Projected Date Of Final Report (TFR):**  December 4, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** Jeffrey M. Vetter (008820) |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***1367 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/14/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/18 | {25} | BUILD A PLANE | $100,000 DEPOSIT. | 1129-000 | 100,000.00 | | 100,000.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 99,990.00 |
| 03/06/18 | {25} | BUILD A PLANE | PIF FOR XCOR ASSETS. | 1129-000 | 1,065,000.00 | | 1,164,990.00 |
| 03/06/18 | {25} | BUILD A PLANE | PIF FOR XCOR ASSETS. | 1129-000 | 1,065,250.00 | | 2,230,240.00 |
| 03/06/18 | {25} | BUILD A PLANE | Reversed Deposit 100002 1 PIF FOR XCOR ASSETS. | 1129-000 | -1,065,000.00 | | 1,165,240.00 |
| 03/12/18 | 101 | BUILD A PLANE | deposit returned to buyer of assets | 8500-002 | | 100,000.00 | 1,065,240.00 |
| 03/12/18 | 102 | Dinsmore & Shohl LLP | Space Florida Client Trust Account | 8500-002 | | 1,010,000.00 | 55,240.00 |
| 03/14/18 | 103 | Dinsmore & Shohl LLP | Space Florida Client Trust Account / Balance PIF | 8500-002 | | 25,000.00 | 30,240.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 545.39 | 29,694.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.28 | 29,653.33 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.92 | 29,606.41 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 29,565.25 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.36 | 29,519.89 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.87 | 29,476.02 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.61 | 29,453.41 |
| 10/09/18 | 104 | FTB | PER ORDER DOC 123 / TAX YR 2017 | 8500-002 | | 903.00 | 28,550.41 |
| 10/09/18 | 105 | FTB | OPER ORDER DOC 123 / TAX YEAR 2018 | 8500-002 | | 800.00 | 27,750.41 |
| 01/03/19 | 106 | Klein, Denatale and Goldner | Dividend paid 79.24% on $26,100.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 20,683.90 | 7,066.51 |
| 01/03/19 | 107 | Klein, Denatale and Goldner | Dividend paid 79.24% on $821.54, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 651.06 | 6,415.45 |
| 01/03/19 | 108 | JANZEN TAMBERI & WONG | Dividend paid 79.24% on $3,276.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,596.19 | 3,819.26 |
| 01/03/19 | 109 | JANZEN TAMBERI & WONG | Dividend paid 79.24% on $82.72, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 65.55 | 3,753.71 |
| 01/03/19 | 110 | Jeffrey M. Vetter | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,753.71 | 0.00 |
| | | | Dividend paid 79.24% 2,856.68 on $3,604.70; Claim# ; Filed: $3,604.70 | 2100-000 | | | 0.00 |
| | | | Dividend paid 79.24% 897.03 on $1,131.92; Claim# ; Filed: $1,131.92 | 2200-000 | | | 0.00 |

Subtotals : 　$1,165,250.00　　$1,165,250.00

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-14304-LRA | **Trustee:** Jeffrey M. Vetter (008820) |
| **Case Name:** XCOR AEROSPACE INC, A CALIFORNIA CO | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***1367 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/14/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,165,250.00 | 1,165,250.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,165,250.00** | **1,165,250.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,165,250.00** | **$1,165,250.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3466** | 1,165,250.00 | 1,165,250.00 | 0.00 |
| | **$1,165,250.00** | **$1,165,250.00** | **$0.00** |

{} Asset reference(s)                                   Printed: 02/14/2019 09:14 AM    V.14.50